UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MILTON ABRON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CCA MARION CO. JAIL 2, )<br>)<br>Defendant. ) | No. 1:06-cv-1252-DFH-WTL |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).**

_David F Hamilton_
DAVID F. HAMILTON, Judge
United States District Court

Date: 2/1/2007

Laura Briggs, Clerk
United States District Court

_Linda S Carmichael_
By: Deputy Clerk

Distribution:

Milton L. Abron
DOC #127556
Plainfield Re-Entry Educational Facility
501 West Main Street
Plainfield, IN 46168